Michael S. Myers, Cal Bar No. 305011
myersm@ballardspahr.com
**BALLARD SPAHR LLP**
71 Stevenson St., Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770
Facsimile: 424.204.4350

Attorneys for Plaintiff First-Citizens Bank &
Trust Company

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FIRST-CITIZENS BANK & TRUST COMPANY, a North Carolina chartered banking company, <br><br> Plaintiff, <br><br> v. <br><br> COBALT EQUIPMENT, INC., a California corporation; KATHLEEN ROBINSON *aka* KATHLEEN ROBINSON KNABE, an individual; ROBERT KNABE, an individual; KATHLEEN ROBINSON KNABE as the trustee of THE KNABE FAMILY REVOCABLE TRUST DATED MAY 21, 2007; ROBERT ANTON KNABE as the trustee of THE KNABE FAMILY REVOCABLE TRUST DATED MAY 21, 2007; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 4:26-cv-02228-HSG <br><br> **ORDER GRANTING *EX PARTE* MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT** <br><br> First Amended Complaint Filed: May 11, 2026 |

**ORDER**

This matter is before the Court on Plaintiff First-Citizens Bank & Trust Company's ("Plaintiff") *Ex Parte* Motion to Extend Time for Plaintiff to File Motion for Default Judgment (the "Motion"), and the Court having considered the Motion, and being fully advised in the premises, NOW, THEREFORE:

1

ORDER EXTENDING TIME                                                              4:26-cv-02228-HSG

IT IS HEREBY ORDERED that Plaintiff shall file its Motion for Default Judgment on or by July 28, 2026.

DATED: 7/9/2026

_____
The Honorable Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE

Ballard Spahr LLP
71 Stevenson St., Suite 400
San Francisco, CA 94105
Telephone: 415.318.2770

ORDER                                                                    4:26-cv-02228-HSG