United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FIRST-CITIZENS BANK & TRUST COMPANY,

Plaintiff,

v.

COBALT EQUIPMENT, INC., et al.,

Defendants.

Case No. 26-cv-02228-HSG (TSH)

**SECOND ORDER REQUESTING SUPPLEMENTAL BRIEFING**

Plaintiff First-Citizens Bank & Trust Company ("First-Citizens") brings this action against Defendants Cobalt Equipment, Inc., The Knabe Family Revocable Trust (the "Trust"), Kathleen Robinson Knabe as an individual, Robert Anton Knabe as an individual, Ms. Knabe in her capacity as Trustee of the Trust, and Mr. Knabe in his capacity as Trustee of the Trust (collectively, "Defendants") for monetary damages and an order granting First-Citizens possession of property. First Am. Compl. ("FAC") (ECF No. 22). Pending before the Court is First-Citizens's Motion for Default Judgment, which has been referred to the undersigned to prepare a report and recommendation. ECF Nos. 42 ("Mot."), 46. The undersigned requests supplemental briefing not to exceed five pages explaining the damages requested by First-Citizens.

First-Citizens requests a money judgment against Defendants for the principal amount owed on the Loan, interest, late fees, and other fees. Mot. at 3–4. First-Citizens further requests "continually accruing interest at the per diem amount of $327.84," and "additional prejudgment interest at the contractual default rate from the date hereof until the date of judgment." *Id.* at 4. First-Citizens asserts that "[t]hese amounts are fully supported by the Declaration of Kim Frazier, which attaches the Loan Documents and provides a detailed accounting of the amounts due." ECF No. 53 at 11 (Proposed Findings and Conclusions). However, while the Frazier Declaration lists

United States District Court
Northern District of California

amounts for each item of damages and attaches the Loan Documents, it does not explain how the amounts requested were calculated or specifically how the amounts are supported by the Loan Documents. *See generally* Frazier Decl. (ECF No. 43). As such, the undersigned does not have enough information to determine whether the requested damages are warranted.

Accordingly, the Court **ORDERS** First-Citizens to file a supplemental brief by September 1, 2026, explaining how it computed its requested damages and how such damages are supported by the Loan Documents.

**IT IS SO ORDERED.**

Dated: August 27, 2026

THOMAS S. HIXSON
United States Magistrate Judge